# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 67 EM 2020 |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| JOSE LABOY, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 12th day of November, 2020, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED.  Counsel is ORDERED to file the already-prepared Petition for Allowance of Appeal within 5 days.